IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANDRA CAMERON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF SALT LAKE,<br><br>　　　　Defendant. | **ORDER DENYING MOTION TO DISMISS**<br><br>Case No. 2:15-cv-00514<br><br>Judge Clark Waddoups |

　　　　This matter is before the court on Defendant's motion to dismiss (Dkt. No. 6). Plaintiff opposed the motion. The court held a hearing on the motion on March 3, 2016. Martin S. Blaustein appeared on behalf of Plaintiff and James H. Deans appeared on behalf of Defendant. After due consideration of the parties' filings, oral arguments, relevant authority, and otherwise being fully advised,

　　　　IT IS HEREBY ORDERED, for the reasons stated on the record, that Defendant's motion to dismiss (Dkt. No. 6) is **DENIED**.

　　　　DATED this 3rd day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge