James H. Deans, jhdlawoffice@gmail.com, Utah State Bar No. 846
Attorney for The Housing Authority of the County of Salt Lake
440 South 700 East, Suite 101
Salt Lake City, UT 84102
Telephone: (801) 575-5005

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANDRA CAMERON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE HOUSING AUTHORITY OF THE COUNTY OF SALT LAKE,<br><br>　　　　Defendant. | 2:15-CV-00514-CW<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: Clark Waddoups |

Defendant hereby responds to the Court's Order to Show Cause, and states as follows:

1. Counsel for Plaintiff and Defendant have been in discussion to settle the case.

2. Plaintiff's Counsel gave permission to Defendants' Counsel for an extension to file a response to the Motion for Summary Judgment due the parties' efforts to settle. There was no specific deadline set for a response to the Motion.

3. Defendant will prepare and submit a response to the Motion for Summary Judgment.

DATED this 20th day of October, 2016

　　　　　　　　　　　　　　　　　　/s/ James H. Deans
　　　　　　　　　　　　　　　　　　James H. Deans
　　　　　　　　　　　　　　　　　　Attorney for Housing Authority of the
　　　　　　　　　　　　　　　　　　County of Salt Lake